| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hovland, Daniel L | 2. Court or Organization<br><br>U.S. District Court, ND | 3. Date of Report<br><br>5/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>220 E. Rosser Ave. Ste. 411<br>Bismarck<br>North Dakota 58501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|

2007 MAY 21 A 11: 38 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Hovland, Daniel L | 5/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

X   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

X   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

X   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hovland, Daniel L | 5/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Hovland, Daniel L | 5/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. G.R. Associates | D | Distribution | K | W | | | | | |
| 2. Ridgewood Electric Power Trust V | A | Dividend | J | T | | | | | |
| 3. Ridgewood Power Growth Fund | | None | K | T | | | | | |
| 4. Epoch-Florida Capital Hotel Partners III | | None | J | T | | | | | |
| 5. Epoch-Florida Capital Investment (IRA) | | None | K | T | | | | | |
| 6. Master Investment I | | None | L | T | | | | | |
| 7. Master Investment II | A | Dividend | K | T | | | | | |
| 8. MKBY | | None | K | T | | | | | |
| 9. Ridgewood Electric Power Trust V (IRA) | A | None | J | T | | | | | |
| 10. Ridgewood Power Growth Fund (IRA) | | None | L | T | | | | | |
| 11. Epoch-Florida Capital Land Investment (IRA) | | None | M | T | | | | | |
| 12. Epoch-Florida Capital Hotel Partners II (IRA) | | None | K | T | | | | | |
| 13. Epoch-Florida Capital Hotel Partners III (IRA) | | None | J | T | | | | | |
| 14. Epoch-Florida Capital Raleigh (IRA) | | None | J | T | | | | | |
| 15. I.R.E.T. (IRA) | B | Dividend | M | T | | | | | |
| 16. Edmin.com | | None | J | T | | | | | |
| 17. Munder Net Fund (IRA) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hovland, Daniel L | 5/15/2007 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First American Funds (IRA) | | None | J | T | | | | | |
| 19. Janus Twenty Fund (401K) | | None | K | T | | | | | |
| 20. Janus Worldwide Fund (401K) | | None | K | T | | | | | |
| 21. Epoch - Florida Capital Hotel Partners III | A | Dividend | J | T | | | | | |
| 22. Epoch - Florida Hotel Partners II | A | Dividend | J | T | | | | | |
| 23. Epoch - Florida Hotel Partners II | | None | J | T | | | | | |
| 24. Kemper Advantage III - Large Cap U.S. Stock (IRA) | | None | J | T | | | | | |
| 25. Kemper Advantage III - Balanced (IRA) | | None | J | T | | | | | |
| 26. Northwestern Mutual (IRA'S) | A | Dividend | J | T | | | | | |
| 27. Bank Center First - Account | A | Interest | J | T | | | | | |
| 28. Capital Credit Union - Account | C | Interest | J | T | | | | | |
| 29. BNC National Bank - Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less F =S50,001 - S100,000 | B =S1,001 - S2,500 G =S100,001 - S1,000,000 | C =S2,501 - S5,000 H1 =S1,000,001 - S5,000,000 | D =S5,001 - S15,000 H2 =More than S5,000,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less N =S250,001 - S500,000 | K =S15,001 - S50,000 O =S500,001 - S1,000,000 | L =S50,001 - S100,000 P1 =S1,000,001 - S5,000,000 | M =S100,001 - S250,000 P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than S50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hovland, Daniel L | 5/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hovland, Daniel L | 5/15/2007 |